

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00117-CV

| | | |
|---|---|---|
| FADUMO OSMAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF YASMIN ABDILLAHI, DECEASED; AHMED ABDILLAHI AHMED; AND ANAB AHMED, Appellants | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-317281-20) |
| V. | § | January 20, 2022 |
| CITY OF FORT WORTH AND DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD, Appellees | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's orders. It is ordered that the orders of the trial court are affirmed.

It is further ordered that Appellants shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth